JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Applicant
SUNTECH POWER JAPAN CORPORATION

*E-FILED 11-19-2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION PURSUANT TO 28 U.S.C. § 1782 OF SUNTECH POWER JAPAN CORPORATION,<br><br>            Applicant,<br><br>    v.<br><br>LDK Solar, USA, Inc.,<br><br>            Respondent. | Case No. C10-80202MISC JW (HRL)<br><br>**AMENDED STIPULATED REQUEST TO SHORTEN TIME**<br><br>**[LOCAL RULE 6-2]**<br><br>**AND ORDER** |

1       Pursuant to Civil L.R. 6-2, Applicant Suntech Power Japan Corporation's ("Suntech")
2  files this stipulation requesting that this Court hear its Motion To Compel Compliance With
3  Subpoena Consistent With Terms Of Protective Order on shortened time.
4       This request is supported by the attached Declaration of James Schurz in Support of the
5  Stipulated Request to Shorten Time.
6       WHEREAS, on October 26, 2010, Suntech served a subpoena on Respondent LDK Solar,
7  USA, Inc. ("LDK USA");
8       WHEREAS, LDK USA served objections to the subpoena on November 9, 2010;
9       WHEREAS, Suntech seeks to file a Motion to Compel the documents requested in the
10 October 26, 2010 subpoena; and
11      WHEREAS, at Suntech's request, LDK USA has agreed to a shortened briefing schedule
12 set forth herein on the motion to compel.
13      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
14 parties that:
15      - LDK USA's opposition brief will be filed on November 23, 2010.
16      - Suntech's reply brief will be filed on November 30, 2010.
17      - Hearing before Magistrate Judge Howard R. Lloyd on December 7, 2010.
18      **IT IS SO STIPULATED.**
19      In addition to stipulating to the above, I, James Schurz, attest that concurrence in the filing
20 of this Stipulation has been obtained from John C. Tang, Counsel for Respondent.

AMENDED STIPULATED REQUEST TO SHORTEN TIME
CASE NO. C10-80202MISC JW (HRL)
sf-2921646

1

| | |
|---|---|
| Dated: November 17, 2010 | JAMES M. SCHURZ<br>MORRISON & FOERSTER LLP<br><br>By:    /s/ James M. Schurz<br>          JAMES M. SCHURZ<br><br>Attorney for Applicant<br>SUNTECH POWER JAPAN CORPORATION |
| Dated: November 17, 2010 | JOHN C. TANG<br><br>By:    /s/ **John C. Tang** [as authorized]<br>          John C. Tang<br>          Attorney for Respondent<br>          LDK SOLAR, USA, INC. |

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: November 19, 2010      By: *[signature]*
                                             Honorable Howard R. Lloyd
                                             U.S. District Court Magistrate Judge